NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KIMBERLY-CLARK WORLDWIDE, INC. AND
KIMBERLY-CLARK GLOBAL SALES, LLC,**
*Plaintiffs-Appellants,*

**v.**

**FIRST QUALITY BABY PRODUCTS, LLC,
FIRST QUALITY RETAIL SERVICES, LLC, AND
FIRST QUALITY CONSUMER PRODUCTS, LLC,**
*Defendants-Appellees.*

---

2013-1493, -1494

---

Appeals from the United States District Court for the Eastern District of Wisconsin in Nos. 09-CV-0916 and 10-CV-1118, Judge William C. Griesbach.

---

## JUDGMENT

---

CONSTANTINE L. TRELA, JR., Sidley Austin LLP, of Chicago, Illinois, argued for plaintiffs-appellants. With him on the brief were RYAN C. MORRIS and JEREMY M. BYLUND, of Washington, DC. Of counsel on the brief were MARC S. COOPERMAN, J. PIETER VAN ES, and MATTHEW P. BECKER, Banner & Witcoff, Ltd., of Chicago, Illinois, and

ANTHONY SCOTT BAISH, Godfrey & Kahn, S.C., of Milwaukee, Wisconsin.

KENNETH P. GEORGE, Amster Rothstein & Ebenstein LLP, of New York, New York, argued for defendants-appellees. With him on the brief were BRIAN A. COMACK and MARK BERKOWITZ. Of counsel on the brief were D. MICHAEL UNDERHILL, MICHAEL A. BRILLE, and RICHARD S. MEYER, Boies, Schiller & Flexner LLP, of Washington, DC. Of counsel was NEAL CURTIS HANNAN.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* CLEVENGER and DYK, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| October 10, 2014 | /s/  Daniel  E.  O'Toole |
| :---: | :---: |
| Date | Daniel E. O'Toole |
| | Clerk of Court |